UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE McGAFF,

          Plaintiff,

    v.

AETNA, BALLY TECHNOLOGIES, and DOES 1 to 100,

          Defendants.
_____/

NO. CIV. S-10-1467 LKK/EFB

O R D E R

Pending before the court in the above-captioned case is a motion to transfer venue, ECF No. 19. The court does not find oral argument necessary in these matters. Accordingly, the hearing currently set for December 20, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: December 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1